IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

TEEN CHALLENGE INT'L PACIFIC NW,    )
                                    )
            Plaintiff,              )    TC-MD 110985N
                                    )
      v.                            )
                                    )
DESCHUTES COUNTY ASSESSOR,          )
                                    )
                                    )
            Defendant.              )    **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was held in this matter on November 29, 2011, during which Plaintiff's authorized representative stated that Plaintiff wished to file a late application for 2011-12 property tax exemption and agreed to file a written status report by January 31, 2012, stating whether the appeal is settled, withdrawn, or a trial is requested. The court received no further communication from Plaintiff and, on February 9, 2012, the court sent the parties a Journal Entry instructing Plaintiff to file a status report within 14 days of the date of the Journal Entry. The February 9, 2012, Journal Entry stated that Plaintiff's failure to comply with the deadlines set forth therein would result in dismissal of Plaintiff's appeal.

Plaintiff's deadline has passed and the court has not received Plaintiff's status report or any further communication from Plaintiff. Under such circumstances, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ___ day of February 2012.


_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on February 29, 2012. The Court filed and entered this document on February 29, 2012.*